UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EMEKA WILSON-METUS, | § § § | |
| Petitioner, | § § | |
| v. | § § | SA-20-CA-535-XR (HJB) |
| REYMUNDO CASTRO, DANIEL BIBLE, MATTHEW T. ALBENCE, CHAD WOLFE, UNITED STATES STATES IMMIGRATION CUSTOMS AND ENFORECMENT, | § § § § § § | |
| Respondents. | § § | |

## ORDER

Before the Court is the status of the above case, which has been referred to the undersigned for consideration of pretrial matters pursuant to 28 U.S.C. § 636(b). (Docket Entry 7.) A telephonic attorney status conference was held in this case on August 13, 2020.

In accordance with the Court's rulings at the conference, it is hereby **ORDERED** that, **on or before August 14, 2020**, Respondents must file a supplement to its motion to dismiss (Docket Entry 16), providing (1) argument concerning the recent relevant cases cited by Respondents during the conference, and (2) any additional available information regarding Petitioner's health and immigration status. Petitioner must respond to the supplement **on or before August 21, 2020.**

**SIGNED** on August 13, 2020.

_____
Henry J. Bemporad
United States Magistrate Judge